PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: Eugene Howard Grigsby      Case Number: 3:09-00276-01

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentences: September 20, 2010

Original Offenses: 18 U.S.C. § 922(g)(1): Convicted Felon in Possession of a Firearm

Original Sentences: 37 months' custody, followed by 3 years' supervised release, to run concurrent with his state sentence.

Type of Supervision: Supervised Release     Date Supervision Commenced: May 24, 2013

Assistant U.S. Attorney: To be determined     Defense Attorney: C. Douglas Thoresen

---

**THE COURT ORDERS:**

☑ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _6th_ day of _December_, 2013, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place: Columbia, Tennessee

Date: November 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall participate in a program of drug testing at the direction of the Probation Officer:**

Mr. Grigsby failed to report for random urine screens at the U.S. Probation Office, Nashville, Tennessee, on August 26, 2013, September 3, 2013, September 17, 2013, September 25, 2013, October 16, 2013, October 29, 2013, November 7, 2013, and November 18, 2013.

This officer has spoken with Mr. Grigsby on several occasions about the missed randoms. He stated that on several of the days, he was unable to make the urine screen due to his work schedule, and there was at least one occasion when he forgot to call to see if he needed to report. This officer sent a letter of reprimand to Mr. Grigsby on November 14, 2013, as a result of the missed urine screens.

### Compliance with Supervision Conditions and Prior Interventions:

Eugene Howard Grigsby is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since May 24, 2013. He is employed with Wich Wich, Brentwood, Tennessee, and resides in Nashville with his mother. The probation officer completes frequent surprise home visits at the offender's residence. Mr. Grigsby was placed in Phase 1 for urine screens in the Code-a-Phone program.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Grigsby continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: *[signature]*  
Burton Putman  
Supervisory U.S. Probation Officer