UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-cr-00276 |
| | ) | |
| | ) | CHIEF JUDGE HAYNES |
| EUGENE HOWARD GRIGSBY | ) | |
| | ) | |

*Order — Substitution is Granted. [handwritten] 4-8-14*

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney Matthias Onderak for Assistant United States Attorney Jimmie Lynn Ramsaur. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney Matthias Onderak.

Respectfully submitted,

DAVID RIVERA
United States Attorney

*s/ Matthias Onderak*
MATTHIAS ONDERAK
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151