IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUGENE HOWARD GRIGSBY,<br><br>    Defendant. | Case No. 3:09-00276<br>Chief Judge Haynes |

## ORDER

A revocation hearing is set in this action for **Friday, May 30, 2014 at 4:30 p.m.**

It is so **ORDERED**.

ENTERED this the __14th__ day of May, 2014

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court