UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00276 |
| | ) Chief Judge Haynes |
| EUGENE HOWARD GRIGSBY | ) |

MOTION TO CONTINUE REVOCATION HEARING

Comes now counsel for the defendant and hereby moves the Court to continue Mr. Grigsby's revocation hearing on May 30, 2014, to June 6, 2014. In support of this motion counsel would state and show that he is scheduled to attend the annual conference for federal public defenders in Cleveland, Ohio, and will be out to town from Tuesday, May 27, 2014, through Friday, May 30, 2014. Assistant United States Attorney Matthias Onderak advises that he has no objection to re-setting the hearing to June 6th.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Matthias David Onderak, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP