UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:09-00276 |
| | ) | Chief Judge Haynes |
| | ) | |
| EUGENE HOWARD GRIGSBY | ) | |

### O R D E R

This matter came before the Court on the Petition for Warrant or Summons for Offender

Under Supervision filed on April 3, 2014, at Docket Entry 30. Based on the agreement of the

parties and Mr. Grigsby's admission to the violations in the Petition, it is hereby ORDERED that

Mr. Grigsby will serve four (4) months starting June 6, 2014. Mr. Grigsby will be transferred to

the Diersen Charities halfway house as soon as a bed is available.

Enter this the 20 day of June, 2014.

_____
WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY:

*s/ Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender