UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>EUGENE HOWARD GRIGSBY ) | CASE NO. 3:09-00276<br>JUDGE KEVIN H. SHARP |

**O R D E R**

The Defendant, Eugene Howard Grigsby, shall appear before the Court on **Tuesday, December 1, 2015, at 1:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE